# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHIRLEY SMITH AND AMANDA HUDSON,  
INDIVIDUALLY AND ON BEHALF OF  
ANTHONY RAY SMITH, DECEASED

NO.   2023 CW 0821

VERSUS

FDF ENERGY SERVICES, LLC AND  
WAYNE GRIFFITH

**OCTOBER 10, 2023**

---

In Re:    FDF Energy Services, LLC and Wayne Griffith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 716824.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**CHH**  
**SMM**

**McClendon, J.,** dissents and would grant the writ application. The February 25, 2023 judgment that granted the defendants', FDF Energy Services, LLC and Wayne Griffith, motion to transfer the underlying suit to DeSoto Parish based on forum non conveniens is an interlocutory ruling. See **Addington v. McGehee,** 29,792 (La. App. 2nd Cir. 8/20/97), 698 So.2d 702, 704. The plaintiffs' recourse, at that time, would have been to apply for a writ of supervisory review of that ruling. **Llopis v. State,** 2016-0041 (La. App. 4th Cir. 12/14/16), 206 So.3d 1066, 1070. The motion for new trial was erroneously considered and granted by the trial court given that no procedure exists for applying for a new trial following an interlocutory ruling. **Id.**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.D*

---
DEPUTY CLERK OF COURT  
FOR THE COURT